JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

Grant P. Fondo (CABN 181530)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail:

Attorneys for Plaintiff

Filed
AUG 11 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> NICHOLYNN N. YOUNG, <br>   a/k/a Nicholynn Coppleyoung, <br>   a/k/a Nicholynn Copple, <br><br>  Defendant. | No. CR-10-00593 LHK <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS HEARING FROM AUGUST 19, 2010 TO SEPTEMBER 29, 2010, AND TO EXCLUDE TIME |

    The parties have requested that the previously-set status hearing on August 19, 2010, be continued until September 29, 2010, and have further agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161. The United States hereby submits this written request for an order granting the continuance, and finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel the reasonable time

ORDER GRANTING CONTINUANCE AND
EXCLUDING TIME
Case No. CR 10-00593 LHK

necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: August 11, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
GRANT P. FONDO
Assistant United States Attorney

_____/S/_____
BRUCE FUNK, ESQ.
Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the August 19, 2010, status hearing date be continued until September 29, 2010. The Court further finds that failing to exclude the time between August 6, 2010, through September 29, 2010, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding the time between August 6, 2010, through September 29, 2010, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 8/11/10

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

ORDER GRANTING CONTINUANCE AND EXCLUDING TIME
Case No. CR 10-00593 LHK

-2-